## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **VICTOR LLERENA and**<br>**ELENA RODRIGUEZ,** | |
| **Plaintiffs,** | |
| **v.** | **No. 3:16-cv-00721** |
| **GRANGE MUTUAL CASUALTY**<br>**COMPANY,** | **CHIEF JUDGE CRENSHAW** |
| **Defendant.** | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came this date the parties, by and through their counsel of record, and informed the Court that the above-styled matter was resolved by way of mutual compromise. Therefore, in accordance with the Court's Order entered on October 27, 2017 (Doc. No. 42), the parties moved this Court for entry of an Order of Dismissal with Prejudice. The motion being well-taken:

IT IS THEREFORE ORDERED that the above-styled matter, bearing docket number 3:16-cv-00721, is hereby dismissed with prejudice. No discretionary costs will be applied for or awarded. Costs are assessed to Defendant Grange Mutual Casualty Company.

IT IS SO ORDERED.

_____
**WAVERLY D. CRENSHAW**
**CHIEF UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**


FARRAR | WRIGHT, PLLC


By: \_\_\_\_s/Sonya S. Wright_____
   SONYA S. WRIGHT (BPR No. 23898)
   *Attorney for Plaintiffs*
   122 North Church Street
   Murfreesboro, Tennessee 37130
   (615) 800-4747—telephone
   (615) 900-3473—facsimile
   sonya@farrarwright.com


RAINEY, KIZER, REVIERE & BELL, P.L.C.


By: \_\_\_\_s/Russell E. Reviere_____
   RUSSELL E. REVIERE (BPR No. 7166)
   JONATHAN D. STEWART (BPR No. 23039)
   *Attorneys for Defendant*
   209 East Main Street
   P.O. Box 1147
   Jackson, Tennessee 38302-1147
   (731) 423-2414
   rreviere@raineykizer.com
   jstewart@raineykizer.com